FILED: March 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-141
(1:23-cv-01708-JRR)

_____

SKYLINE TOWER PAINTING, INC.

　　　　Petitioner

v.

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

　　　　Respondents

_____

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Date Petition Filed: | 03/21/2024 |
| Petitioner | Skyline Tower Painting, Inc. |
| Appellate Case Number | 24-141 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |