FILED: March 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-141 (L)
(1:23-cv-01708-JRR)

_____

SKYLINE TOWER PAINTING, INC.

      Petitioner

v.

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

      Respondents

_____

No. 24-1250
(1:23-cv-01708-JRR)

_____

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

      Plaintiffs - Appellees

v.

TELEVISION TOWER, INC.

      Defendant - Appellant

and

SKYLINE TOWER PAINTING, INC.

       Defendant

------------------------

No. 24-1251
(1:23-cv-01708-JRR)

------------------------

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

       Plaintiffs - Appellees

v.

SKYLINE TOWER PAINTING, INC.

       Defendant - Appellant

and

TELEVISION TOWER, INC.

       Defendant

------------------------

O R D E R

------------------------

The court consolidates Case No. 24-1250 and Case No. 24-1251 with Case No. 24-141. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk