FILED: April 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-141 (L)
(1:23-cv-01708-JRR)

_____

SKYLINE TOWER PAINTING, INC.

      Petitioner

v.

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

      Respondents

_____

No. 24-1250
(1:23-cv-01708-JRR)

_____

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

      Plaintiffs - Appellees

v.

TELEVISION TOWER, INC.

        Defendant - Appellant

and

SKYLINE TOWER PAINTING, INC.

        Defendant

------------------------------

No. 24-1251
(1:23-cv-01708-JRR)

------------------------------

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

        Plaintiffs - Appellees

v.

SKYLINE TOWER PAINTING, INC.

        Defendant - Appellant

and

TELEVISION TOWER, INC.

        Defendant

------------------------------

No. 24-142
(1:23-cv-01708-JRR)

------------------------------

TELEVISION TOWER, INC.

      Petitioner

v.

ELIZABETH L. GOLDBERG; MYRIAM RALSTON; BENJAMIN ROBERTS; JOSHUA C. TOHN; MARIA HAGEN; CHRISTINE SAJECKI; JOHN RALSTON; HANNAH ROHER

      Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the petitions for permission to appeal, the clerk shall establish a formal briefing schedule on the merits of the appeals. The court defers ruling on the petitions pending formal briefing of the appeals and assignment of the petitions and appeals to a merits panel.

      For the Court

      /s/ Nwamaka Anowi, Clerk