# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 16, 2024

_____

## DOCKET CORRECTION NOTICE
_____

No. 24-141 (L), <u>Skyline Tower Painting, Inc. v. Elizabeth Goldberg</u>
1:23-cv-01708-JRR

TO: Skyline Tower Painting, Inc.

**FILING CORRECTION DUE: April 19, 2024**

Please make the correction identified below and file a corrected document by the date indicated.

[✔] Docketing statement filed on April 9, 2024, (ECF 17) for Skyline Tower Painting, Inc. should be filed in Case No. 24-1251, as well.

Kirsten Hancock, Deputy Clerk
804-916-2704